

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Demarcus Dewayne Latimore, Appellant | Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 18F1384-102). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Jack Carter, Retired, Sitting by Assignment |
| No. 06-21-00074-CR     v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the Appellant's plea of "not guilty" rather than "guilty" as stated in the judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Demarcus Dewayne Latimore, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 17, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk